UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

B & B APARTMENTS LLC,
    Defendant.

Case No: 22-cv-20904-JEM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, B & B APARTMENTS LLC, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully Submitted,

| | |
|---|---|
| s/ *Glenn R. Goldstein*          / | s/ Avery A. Dial                 / |
| Glenn R. Goldstein (FBN: 55873) | Avery A. Dial, Esq. (FBN: 732036) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Assoc., PLLC | Kaufman Dolowich Voluck LLP |
| 8101 Biscayne Blvd., Ste. 504 | 100 SE 3rd Ave., Ste. 1500 |
| Miami, Florida 33138 | Ft. Lauderdale, FL 33394 |
| (305) 900-2373 | (561) 910-5650 |
| GGoldstein@g2legal.net | ADial@KDVLaw.com |