UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20904-CIV-MARTINEZ

EMILIO PINERO,

    Plaintiff,

v.

B&B APARTMENTS LLC.,

    Defendant.
_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement, (ECF No. 10), which states that the Parties settled this case. Accordingly, it is

ORDERED and ADJUDGED that:

1. The Parties shall file a Notice of Voluntary Dismissal or Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). If the Parties fail to comply with this Order, the Court shall dismiss this case without prejudice without any further warning.

3. The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

4. The Clerk shall ADMINISTRATIVELY CLOSE this case for statistical purposes only. This shall not affect the Parties' substantive rights.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of June, 2022.

                                                                      JOSE E. MARTINEZ
                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record